| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Brown, Jerry A. | 2. Court or Organization U. S. Bankruptcy Court, EDLA | 3. Date of Report 05/12/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |
| 7. Chambers or Office Address 500 Poydras Street, Ste B-741A Hale Boggs Federal Building New Orleans, LA 70130 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Administrative Office | May 7-9, 2014 | San Antonio, TX | Circuit Judicial Conference | transportation and lodging |
| 2. | Federal Judicial Center | August 13-15, 2014 | Boston, MA | FJC seminar | transportation and lodging |
| 3. | Louisiana State University | October 23-24, 2014 | Baton Rouge, LA | Annual Bankruptcy Law Seminar | transportation and lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Jerry A. | 05/12/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase | Mortgage loan-N.O. rental property | J |
| 2. | CitiMortgage | Mortgage loan-N.O. rental property | J |
| 3. | Whitney National Bank | open loan | J |
| 4. | CitiMortgage | Mortgage loan-N.O. rental property | K |
| 5. | CitiMortgage | Mortgage loan - N.O. rental property | M |
| 6. | Chase | Mortgage loan - N.O. rental property | L |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. New Orleans, LA rental property-parcel 1 | E | Rent | N | W | | 02/01/07 | L | | |
| 2. New Orleans, LA rental property-parcel 2 | E | Rent | N | W | | | | | |
| 3. New Orleans, LA rental property-parcel 4 | D | Rent | M | W | | | | | |
| 4. New Orleans, LA rental property-parcel 5 | E | Rent | N | W | | | | | |
| 5. New Orleans, .LA rental property-parcel 6 | D | Rent | M | W | | | | | |
| 6. Pearl River COunty, MS (1/3 J) | | None | K | W | | | | | |
| 7. IBM-common stock | E | Dividend | O | T | | | | | |
| 8. Occidental Pet.-common stock | E | Dividend | O | T | | | | | |
| 9. Capitol One. | A | Interest | J | T | | | | | |
| 10. Capitol One Inv. LLC | B | Dividend | J | T | | | | | |
| 11. Scudder Tax Free Fund | B | Dividend | J | T | | | | | |
| 12. Vinbro, Inc.-common stock (New Orleans, LA) | D | Rent | K | W | | | | | |
| 13. Vinbro, Inc.-common stock (New Orleans, LA) | G | Rent | O | W | | | | | |
| 14. Safe Co. Muni Bond Fund | F | Dividend | J | T | | | | | |
| 15. Merrill Lynch Global Allocation | A | Dividend | K | T | | | | | |
| 16. Janus Twenty Fund | A | Dividend | J | T | | | | | |
| 17. 20th Century Ultra Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 5 of 8

**Name of Person Reporting**

Brown, Jerry A.

**Date of Report**

05/12/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Health Care Portion | A | Dividend | K | T | | | | | |
| 19. DWS Investments | A | Dividend | J | T | | | | | |
| 20. Nicholas Fund | A | Dividend | J | T | | | | | |
| 21. New Orleans, LA rental prop.-parcel 7 | E | Rent | N | W | | | | | |
| 22. AIM Large Cap Growth Fund | A | Dividend | J | T | | | | | |
| 23. Microsoft-Common stock | A | Dividend | J | T | | | | | |
| 24. New Orleans rental property - Parcel 8 | E | Rent | N | W | | | | | |
| 25. Capitol One Inv. LLC | E | Distribution | P1 | T | | | | | |
| 26. - AMCAP Fund Class A | | | | | | | | | |
| 27. - Bond Fund of Am. Class A | | | | | | | | | |
| 28. - Capital Income Builder Fund Class A | | | | | | | | | |
| 29. - Capital World Growth & Income Fund - Class A | | | | | | | | | |
| 30. - Fundamental Investors Inc. Class A | | | | | | | | | |
| 31. - Growth Fund of America Class A | | | | | | | | | |
| 32. - Income Fund of America Class A | | | | | | | | | |
| 33. Whitney Bank Checking Acct | | None | J | W | | | | | |
| 34. Vinbro, Inc.-common stock (New Orleans, LA) | B | Dividend | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Jerry A. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vinbro, Inc. - common stock (New Orleans, LA) | F | Dividend | N | W | | | | | |
| 36. Hancock Holding Co. | C | Dividend | N | T | | | | | |
| 37. California Resources Corp. (CRS) | | | K | T | | | | | |
| 38. Franklin Utilities Fund Class C | | | | | | | | | |
| 39. Franklin Income Fund Class C | | | | | | | | | |
| 40. Franklin Rising Dividends Class C | | | | | | | | | |
| 41. Franklin Mututal Global Discovery | | | | | | | | | |
| 42. New Perspective Fund Class A | | | | | | | | | |
| 43. Pimco All Asset All Authority Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Jerry A. | 05/12/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Continuation of:

Part VII, Lines 12 and 13  show for the calendar year 2014 the income to ⬛ me, that is a flow through from a subchapter S corporation in which ⬛ I own stock (in different amounts because of donations I made years ago of most of my stock to ⬛ ).

Part VII, Lines 26-32 and new lines 38-43, show the specific funds in which Capitol One has invested 99% of the funds it has.  The income, gross value, and other information for all the individual funds are shown as a cumulative figure on line 25.

Part VII, Line 37 shows the acquisition of shares of California Resources Corp. (CRS).  Occidental Petroleum (line 8) distributed as of November 17, 2014, 0.4 shares of CRS for each share of Occidental Petroleum.  No income was received from CRS in 2014.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jerry A. Brown**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544